COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Alex Sanango v. The State of Texas

Appellate case number:   01-16-00056-CR

Trial court case number:  1947076

Trial court:             County Criminal Court at Law No. 6 of Harris County

The court reporter notified the Court that appellant had not made arrangements to pay for the record. Our records indicate that the appellant is not appealing as an indigent.

We may consider an appeal without a reporter's record if no reporter's record is filed due to appellant's fault. Rule 37.3(c) of the Rules of Appellate Procedure provides:

> *If No Reporter's Record Filed Due to Appellant's Fault.* Under the following circumstances, and if the clerk's record has been filed, the appellate court may — after first giving the appellant notice and a reasonable opportunity to cure — consider and decide those issues or points that do not require a reporter's record for a decision. The court may do this if no reporter's record has been filed because:
>
> (1)   the appellant failed to request a reporter's record; or
>
> (2)   (A)   appellant failed to pay or make arrangements to pay the reporter's fee to prepare the reporter's record; and
>
>       (B)   the appellant is not entitled to proceed without payment of costs.

TEX. R. APP. P. 37.3(c).

We notified appellant on February 16, 2016, that this appeal might be considered without a reporter's record unless on or before March 17, 2016, the appellant (1) caused the record to be filed in this Court by paying for the record, (2) filed proof that he made arrangements to pay the

reporter's fee to prepare the reporter's record or (3) filed proof that he was entitled to proceed without payment of costs. Appellant did not respond.

Accordingly, we order appellant's brief to be filed **on or before April 21, 2016**.

It is so ORDERED.

Judge's signature: /s/ Rebecca Huddle
                  ☒ Acting individually

Date: April 5, 2016